IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| DELERA CUMBIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:04cv379-MHT |
| ) | (WO) |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

The magistrate judge filed a recommendation (doc. #28) in this case to which no timely objections have been filed.  After a review of the recommendation and after an independent and de novo review of the entire record, the court believes that the recommendation should be adopted.  Accordingly, it is ORDERED that the recommendation (doc. #28) of the magistrate judge is adopted and the Commissioner of Social Security's decision in this matter is affirmed.

An appropriate judgment will be entered.

DONE, this the 30th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE